UNITED STATES OF AMERICA
FOR THE WESTERN DISTRICT OF MICHIGAN
U.S. 1983

Christopher J. Velthuysen #195606         DATE: 3-09-22
Stephen VanNess #420051
and others similarly situated.
Muskegon Correctional Facility          Class Code: CB
2400 South Sheridan Drive               Class Action General
Muskegon, MI. 49442-6240
PLAINTIFFS,                    Charged Amount: $2,560,000.00

VS.

INTERNAL REVENUE SERVICE,
DEFENDANTS.

FILED - GR
March 16, 2022 11:43 AM
CLERK OF COURT
U.S. DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
BY: KB   SCANNED BY: KB / 3/17
1:22-cv-244
Jane M. Beckering - U.S. District Judge
Phillip J. Green - Magistrate Judge

Under the American Rescue Plan 117-2, and 116-2; and 115-2, being that it is Public Law, signed by: President Donald Trump, and President Joe Biden; the Above Plaintiffs charge the Internal Revenue Service, heretofore referred as the I.R.S., of violating federal law, by withholding the federal stimulus checks that were supposedly issued to the Above while housed at M.C.F. Muskegon Correctional Facility.

On July 7, 2021, the Above Plaintiff, Christopher John Velthuysen #195606, recieved a letter from the I.R.S. stating: "He needed to show the I.R.S. Proof of Incarceration" because he does (not) remember his Social Security number, and the Michigan Correctional Facility does (not) have it either, as he was a juvenile

-1-

When he entered the System (Correctional Facility).

He filled out the Form, had the Counselor (Notarize it), and sent it in.

He also called the I.R.S. (via phone number provided on paper) to inform the I.R.S. what he did. He also included a (Mug Shot) provided by the Michigan Correctional Facility showing he was indeed incarcerated!

The Above Plaintiff, Stephen VanNess #420051 only received the Federal Stimulus Check $1,400.00 issued by: President Biden on March 2021. The other Plaintiffs either received the first Stimulus Checks, but (Not) the other two checks, while still others received the Second Stimulus, but (Not) the other two checks, while still others received (None) like Plaintiff VeHhuysen, and then others were sent Stimulus on Debit Cards, but the M.D.O.C. (Michigan Dept. of Corrections) wouldn't/couldn't cash them, so the inmates had to send them back to the I.R.S.; then they heard nothing back (Even after calling the I.R.S. Hotline)!

Therefore, the Above named Plaintiffs charge the I.R.S. with violating the Federal Public Law, because they did the following:

-2-

#1). Sent Debit Cards to Inmates while knowing they could not cash them,

#2). Neglecting/Forgetting to Send Checks E.I.P's #1, #2, And #3. to those who Qualify Like Plaintiff's Velthuysen And others Similarily situated, And;

#3). Sending One Stimulus And no others, or Sending Two Stimulus' but Not the third one.

Therefore, Plaintiff's Charge the I.R.S. with the Above Mentioned Violation of Public Law 117-2, 116-2, And 115-2 of the American Rescue Plan on Federal Stimulus for E.I.P's (#1-3).

Plaintiff's Also Charge I.R.S. for All Filing Fees, Court Costs, Mailings, Notaries, Witnesses Transportation, And Attorney Fees, to be Determined by the Court In the Amount Specified by them.

The Plaintiff's place the Amount Owed At: between $2,080,000.00 And $2,560,000 Just for the Plaintiff's At

-3-

M.C.F. - Muskegon Correctional Facility.

Plaintiff's who do not qualify for this suit, the Court should deduct from the total Amount specified in this lawsuit.

_____   _____
Stephen VanNess            Christopher J. Velthuysen
# 420051                   # 195606

Date                       3-09-22
3-09-22                    Date

                           N/A
                           _____
                           Notary Signature

-4-



…es Federal CourtHouse
…ern District
…higan St. SW
…MI. 49503

Christopher John Veldhuysen #195606
Muskegon Corr. Facility - M.C.F.
2400 S. Sheridan Drive
Muskegon, MI. 49442-6298

United Sta...
West...
110 Mic...
Muskegon...