UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

CHRISTOPHER J. VELTHUYSEN et al.,

        Plaintiffs,              Case No. 1:22-cv-244

v.                                    Honorable Jane M. Beckering

INTERNAL REVENUE SERVICE,

        Defendant.
_____/

## JUDGMENT

In accordance with the order issued this date:

**IT IS ORDERED** that Plaintiffs' action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and failure to comply with the Court's orders.

Dated: May 25, 2022                        /s/ Jane M. Beckering
                                                              Jane M. Beckering
                                                              United States District Judge